No. 86.—W. C. Bush *v.* J. R. Head, Parish Judge, et al.

*If the district judge has not original jurisdiction, and it is not necessary to aid him in the exercise of his appellate jurisdiction, he can not issue the writ of prohibition against the parish judge, restraining him from proceeding further in the cause.*

APPEAL from the Eleventh District Court, parish of Bienville. J. R. *Head*, Parish Judge, respondent. *J. C. Egan* and *Benjaman W Pearce*, for relators. *L. B. Watkins*, for defendant and appellant.

Ludeling, C. J. This is an appeal from a judgment of the district court perpetuating a writ of prohibition, issued to prevent the judge of the parish court from proceeding with the trial of a cause involving four hundred and eighty dollars, and the accrued interest, amounting to about three hundred and forty dollars.

The district judge was without jurisdiction to issue the writ in such a case. It was not necessary to aid him in the exercise of his appellate jurisdiction, and he had not original jurisdiction in the case.

The judgment of the district judge is a nullity. It is therefore ordered that the judgment appealed from be avoided, and that the plaintiff and appellee pay costs of both courts.